# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| NICHOLAS KING, | Case No. 1:19-cv-848 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| MODIS, INC., | |
| Defendant. | |

## CONDITIONAL ORDER OF DISMISSAL

The Court being advised that the parties have reached an agreement to settle this civil action in the presence of Magistrate Judge Stephanie K. Bowman;

It is **ORDERED** that all claims in this action are hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date:    8/27/2020

_s/Timothy S. Black_
Timothy S. Black
United States District Judge